UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:25-cr-232-KCD-KRH

MICHAEL LAWRECE MILEWSKI

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Unopposed

Motion for a Preliminary Order of Forfeiture for the Apple iPhone 16 pro, model no.

D93AP, serial no. K79DJQ7GXJ.

Being fully advised of the relevant facts, the Court hereby finds that the asset

identified above was used to commit or to facilitate or promote the commission of

the offenses to which the defendant has pled guilty, including the coercion and

enticement of a minor to engage in sexual activity, production and possession of

child pornography, and transfer of obscene matter to a minor.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States= motion is GRANTED.

It is FURTHER ORDERED that, pursuant 18 U.S.C. §§ 1467, 2253, 2428,

and Federal Rule of Criminal Procedure 32.2(b)(2), the asset identified above is

hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Fort Myers, Florida, this 12th day of May, 2026.

Kyle C. Dudek
United States District Judge

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2