UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-232-KCD-KRH

MICHAEL LAWRENCE MILEWSKI

**FINAL ORDER OF FORFEITURE**

The United States moves under 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2), for a final order of forfeiture for the Apple iPhone 16 pro, model no. D93AP, serial no. K79DJQ7GXJ, which was subject to a May 12, 2026 preliminary order of forfeiture (Doc. 44).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from May 13, 2026, and ending on June 11, 2026, the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov. Doc. 46. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interests within 60 days of the first date of publication. No persons or entities filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition

according to law. Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 10th day of August, 2026.

Kyle C. Dudek
United States District Judge

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record